**Abatement Order filed February 15, 2018.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-17-00727-CV**
_____

**TRIANGLE CAPITAL PROPERTIES, LLC, ROYAL TEXAS, LLC, BAH TEXAS, LLC, MOHAMMED HADI RAHMAN, YESENIA ZUMAYA, CAJUN GLOBAL, LLC, AND CAJUN OPERATING COMPANY,** Appellants

**V.**

**ERICA MICHELLE ACEVEDO, Appellee**

**On Appeal from the 129th District Court
Harris County, Texas
Trial Court Cause No. 2017-16506**

## ABATEMENT ORDER

On February 7, 2018, appellee filed a motion for extension of time to file appellee's brief. The motion indicated that the parties had reached an agreement to settle the issues on appeal in principle and were working to finalize the agreement. In light of the pending settlement discussions, we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket until **March 8, 2018**. The appeal will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by any party, or the court may reinstate the appeal on its own motion.

PER CURIAM

Panel consists of Justices Busby, Brown, and Jewell.